# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**RICHARD MA, ET AL.**

*Plaintiff*

v.

**MAPFRE U.S.A. CORP., ET AL.**

*Defendant*

Civil Action No.: **1:23–CV–12059–IT**

## SUMMONS IN A CIVIL ACTION

To: MAPFRE U.S.A. Corp.
    Attn: Daniel P. Olohan
    211 Main Street
    Webster, MA 01570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Patrick Sheehan, Esq.
    Whatley Kallas, LLP
    101 Federal Street, 19th Floor
    Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023–09–06 14:37:56**, Clerk USDC DMA

Civil Action No.: **1:23–CV–12059–IT**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____   _____
Date                                                          *Server's Signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney:<br>Patrick J. Sheehan, Esq., Bar #Esq.<br>Whatley Kallas, LLP<br>60 State Street, 7th Floor<br>Boston, MA  02109<br>Telephone No: 617-573-5118<br><br>Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | | | | |
| Plaintiff(s): Richard Ma, et al. | | | | |
| Defendant: Mapfre U.S.A. Corp., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV12059IT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Category Form; Civil Cover Sheet; Class Action Complaint

3. a. Party served:        Mapfre U.S.A. Corp.
   b. Person served:    Nancy Brunett, Person Authorized to Accept Service

4. Address where the party was served:    211 Main Street
                                          Webster, MA  01570

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 12, 2023 (2) at: 3:16PM

7. **Person Who Served Papers:**                                    Fee for Service:
   a. Patrick Sullivan
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of MASSACHUSETTS and under the laws of the United States Of America that the foregoing is true and correct.*

*(Patrick Sullivan)*

**AFFIDAVIT OF SERVICE**
**Summons and Complaint**

pashe.253725