UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MA and FRED DEVEREAUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:23-cv-12059 |

CERTIFICATION FOR ADMISSION
PRO HAC VICE PURSUNT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MASSACHGUSETTS</u>

Pursuant to Local Rule 85.5.3, of the United States District Court for the District of Massachusetts, I, Nicholas A. Migliaccio, herby certify that:

1. I am a Partner of the law firm Migliaccio & Rathod, LLP, 412 H Street NE, Washington, DC 20002.

2. I am a member in good standing of the bars of the District of Columbia and the State of New York.

3. I am also admitted to practice before the following Courts:

<u>United States Court of Appeals</u>
United States Court of Appeals for the District of Columbia Circuit
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Eighth Circuit

United States Court of Federal Claims

<u>United States District Courts</u>
United States District Court for the District of Columbia
United States District Court for the District of Maryland

United States District Court for the District of Nebraska
United States District Court for the District of Colorado
United States District Court for the Eastern District of Wisconsin
United States District Court for the Eastern District of Michigan
United States District Court for the Western District of Michigan
United States District Court for the Eastern District of New York
United States District Court for the Northern District of New York
United States District Court for the Southern District of New York
United States District Court for the Western District of New York
United States District Court for the Western District of Pennsylvania

<u>State Courts</u>
New York Supreme Court Appellate Division – Second Department
District of Columbia Court of Appeals

4. I am in good standing in every jurisdiction where I have been admitted to practice.

5. There are no prior or pending disciplinary proceedings against me as a member of the bar in any jurisdiction where I am admitted to practice.

6. I have not previously had a *pro hac vice* admission to this court or other admission for a limited purpose under this rule revoked for misconduct.

7. I am familiar with the Local Rules of the United State District Court for the District of Massachusetts and agree to comply with said rules.

Dated: September 22, 2023

        Respectfully Submitted,

        */s/ Nicholas A. Migliaccio*
        Nicholas A. Migliaccio
        **MIGLIACCIO & RATHOD, LLP**
        412 H Street NE
        Washington, D.C. 20002
        202.470.3520
        nmigliaccio@classlawdc.com