**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RICHARD MA and FRED DEVEREAUX, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 1:23-cv-12059 |
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 1:23-cv-12076 |
| PAMELA BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 3:23-cv-12101 |

| | |
|---|---|
| LYNNE ALEXANDEROWICS, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 4:23-cv-40125 |
| BRIAN RAY, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:23-cv-12214 |
| VERONICA GREGORY, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:23-CV-12225 |

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS

**TO ALL PARTIES AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42(a) and District of Massachusetts Local Rule 40.1(j), Plaintiffs Richard Ma, Fred Devereaux, Brian Conway, Pamela Brown, Lynne Alexanderowics, Brian Ray, and Veronica Gregory ("Plaintiffs")

seek an Order from this Court consolidating *Ma et. al. v MAPFRE U.S.A. Corp. et. al.*, No. 1:23-cv-12059; *Conway v MAPFRE U.S.A. Corp. et. al.*, No. 1:23-cv-12076; *Brown v MAPFRE U.S.A. Corp. et. al.*, No. 3:23-cv-12101, *Alexanderowics v. MAPFRE U.S.A. Corp. et. al.*, No. 4:23-cv-40125, *Ray et. al. v. MAPFRE U.S.A. Corp.,* No. 1:23-cv-12214; *Gregory v. MAPFRE U.S.A. Corp. et al.*, No. 1:23-cv-12225 (collectively, the "Related Actions"). As set forth in the accompanying Memorandum, the Related Actions arise from the same nucleus of common facts, share the same common Defendants, and seek similar relief on behalf of similar putative classes. Consolidation will provide for complete resolution in one proceeding and avoid needless duplication of pre-trial proceedings in the Related Actions.

Plaintiffs also request that the Court set a schedule for filing a consolidated class action complaint, Defendants' response thereto, and, should Defendants file a motion to dismiss, a briefing schedule for that motion. Plaintiffs request that the Court establish the following deadlines:

- Plaintiffs' consolidated complaint shall be filed within 30 days of the Court's Order appointing interim class counsel;
- Defendants shall have 45 days to file a response to the consolidated complaint;
- in the event Defendants file a motion to dismiss or other motion pursuant to Fed. R. Civ. P. 12, Plaintiffs shall have 30 days from the date of that motion to file an opposition, and Defendants shall have 14 days to file any reply.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Proposed Order submitted herewith, and any other matter the Court may wish to consider.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

In accordance with Local Rule 7.1(a)(2), prior to filing this motion, Plaintiffs' counsel conferred with Defendants' counsel, who indicated that Defendants do not oppose the request for consolidation under Rule 42(a) or the establishment of a schedule for filing a consolidated complaint and response.

Date: September 29, 2023                     Respectfully submitted,

By:     */s/ Patrick J. Sheehan*
         Patrick J. Sheehan (BBO 639320)
         WHATLEY KALLAS, LLP
         101 Federal Street, 19th Floor
         Boston, Massachusetts 02110
         Telephone: (617) 203-8459
         Facsimile: (800) 922-4851
         psheehan@whatleykallas.com

         /s/ *Jason S. Rathod*
         Jason S. Rathod (*pro hac vice*)
         Nicholas A. Migliaccio (*pro hac vice*)
         MIGLIACCIO & RATHOD, LLP
         412 H Street, NE, Suite 302
         Washington, DC 20002
         Phone: 202-470-520
         Fax: 202-800-2730
         nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

         *Counsel for Plaintiffs Richard Ma and Fred Devereaux*

By:     */s/ David Pastor*
         David Pastor (BBO 391000)
         **Pastor Law Office, PC**
         63 Atlantic Avenue, 3rd Floor
         Boston, MA 02110
         Tel: 617.742.9700
         Fax: 617.742.9701
         dpastor@pastorlawoffice.com

4

*Local Counsel for Plaintiffs Brian Conway and Pamela Brown*

By: /s/ *Andrew W. Ferich*
Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Robert Ahdoot (admitted *pro hac vice*)
Tina Wolfson (admitted *pro hac vice*)
Carlynne Wagner (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
twolfson@ahdootwolfson.com
cwagner@ahdootwolfson.com

*Counsel for Plaintiff Brian Conway*

By: */s/ Mark B. DeSanto*
Mark B. DeSanto (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdesanto@bm.net

E. Michelle Drake (admitted *pro hac vice*)
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net

*Counsel for Plaintiff Pamela Brown*

5

By: */s/ Gary F. Lynch*
Gary F. Lynch (*pro hac vice* to be filed)
Nicholas A. Colella
Patrick D. Donathen (*pro hac vice* to be filed)
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Email: Gary@lcllp.com
NickC@lcllp.com
Patrick@lcllp.com

Joseph P. Guglielmo (Bar No. 671410)
Amanda M. Rolon (*pro hac vice* to be filed)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

*Counsel for Plaintiff Lynne Alexanderowics*

By: */s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (*pro hac vice* to be filed)
Stephen J. Teti (BBO # 569332)
Karen Hanson Riebel (*pro hac vice* to be filed)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: sjteti@locklaw.com
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff Brian Ray*

By: */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (Bar No. 671410)
Amanda M. Rolon (*pro hac vice* to be filed)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

*Counsel for Plaintiff Veronica Gregory*