**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RICHARD MA and FRED DEVEREAUX, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 1:23-cv-12059 |
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>          Plaintiff,<br><br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 1:23-cv-12076 |
| PAMELA BROWN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 3:23-CV-12101 |

| | |
|---|---|
| LYNNE ALEXANDEROWICS, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 4:23-CV-40125 |
| BRIAN RAY, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:23-CV-12214 |
| VERONICA GREGORY, individually and on behalf of all similarly situated persons,<br><br>        Plaintiff,<br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:23-cv-12225 |

**PLAINTIFFS' UNOPPOSED MOTION TO<br>APPOINT AN EXECUTIVE COMMITTEE PURSUANT TO FED. R. CIV. P. 23(G)**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23(g), Plaintiffs Richard Ma, Fred Devereaux, Brian Conway, Pamela Brown, Lynne Alexanderowics, Brian Ray, and Veronica Gregory ("Plaintiffs") respectfully seek appointment of an Executive Committee comprised of the following: Jason Rathod of Migliaccio & Rathod LLP, Andrew W. Ferich of

2

Ahdoot & Wolfson PC, Mark B. DeSanto of Berger Montague PC, Gary F. Lynch of Lynch Carpenter LLP, Joseph P. Guglielmo of Scott+Scott Attorneys At Law LLP, and Kate Baxter-Kauf of Lockridge Grindal Nauen P.L.L.P., to act on behalf of the Plaintiffs in the above captioned matters. Proposed Counsel submits the attached memorandum and declarations of Proposed Counsel in support of this Motion.

Defendants, MAPFRE U.S.A. Corp., and the Commerce Insurance Company, have indicated they take no position on proposed leadership but do not intend to oppose this motion.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

In accordance with Local Rule 7.1(a)(2), prior to filing this motion, Plaintiffs' counsel conferred with Defendants' counsel, who indicated that Defendants take no position on proposed leadership but do not intend to oppose this motion.

Date: September 29, 2023          Respectfully submitted,

By:  */s/ Patrick J. Sheehan*
Patrick J. Sheehan (BBO 639320)
**WHATLEY KALLAS, LLP**
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 203-8459
Facsimile: (800) 922-4851
psheehan@whatleykallas.com

*Local Counsel for Plaintiffs Richard Ma and Fred Devereaux*

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H Street, NE, Suite 302
Washington, DC 20002
Phone: 202-470-520
Fax: 202-800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Counsel for Plaintiffs Richard Ma and Fred Devereaux*

David Pastor (BBO 391000)
**Pastor Law Office, PC**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617.742.9700
Fax: 617.742.9701
dpastor@pastorlawoffice.com

*Local Counsel for Plaintiffs Brian Conway and Pamela Brown*

Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Robert Ahdoot (admitted *pro hac vice*)
Carlynne A. Wagner (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
rahdoot@ahdootwolfson.com
cwagner@ahdootwolfson.com

*Counsel for Plaintiff Brian Conway*

E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net

Mark B. DeSanto (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103

4

Tel: (215) 875-3000
Fax: (215) 875-4604
mdesanto@bm.net

*Counsel for Plaintiff Pamela Brown*

Gary F. Lynch (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
Patrick D. Donathen (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Email: Gary@lcllp.com
NickC@lcllp.com
Patrick@lcllp.com

*Counsel for Plaintiff Lynne Alexanderowics*

Stephen J. Teti (BBO # 569332)
Karen Hanson Riebel (pro hac vice forthcoming)
Kate M. Baxter-Kauf (pro hac vice forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
sjteti@locklaw.com
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff Brian Ray*

Joseph P. Guglielmo (Bar No. 671410)
Amanda M. Rolon (pro hac vice forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

*Counsel for Plaintiff Veronica Gregory*

5