**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RICHARD MA and FRED DEVEREAUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:23-cv-12059-IT |

**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**

THIS MATTER is before the Court on the Parties' Joint Stipulation to Extend Time to Respond to Plaintiffs' Class Action Complaint. For the reasons stated therein,

**IT IS HEREBY ORDERED THAT:**

1.     Defendant MAPFRE U.S.A. Corporation's time to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint filed on or about September 6, 2023 is extended from October 3, 2023 until November 17, 2023.

    SO ORDERED.

Dated: _____     _____
                                                                  Hon. Indira Talwani
                                                                  United States District Court Judge
                                                                  District of Massachusetts