# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MA and FRED DEVEREAUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:23-cv-12059-IT |

## [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT

THIS MATTER is before the Court on the Parties' Joint Stipulation to Extend Time to Respond to Plaintiffs' Class Action Complaint. For the reasons stated therein,

**IT IS HEREBY ORDERED THAT:**

1. Defendant MAPFRE U.S.A. Corporation's time to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint filed on or about September 6, 2023 is extended from October 3, 2023 until November 17, 2023.

SO ORDERED.

Dated: 10/2/2023

_____
Hon. Indira Talwani
United States District ~~Court~~ Judge
District of Massachusetts