AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| In re: MAPFRE Data Disclosure Litig. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-12059 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Brown.

Date: 10/17/2023

/s/Mark B. DeSanto
*Attorney's signature*

Mark B. DeSanto, pro hac vice
*Printed name and bar number*

Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
*Address*

mdesanto@bm.net
*E-mail address*

(215) 875-3000
*Telephone number*

(215) 875-4604
*FAX number*