## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re MAPFRE Data Disclosure Litigation* | Case No. 1:23-cv-12059 |

## [PROPOSED] ORDER

The Parties' Joint Motion to Extend Scheduling Order is GRANTED and the Scheduling Order is modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Substantial Completion of document production | December 15, 2025 | June 15, 2026 |
| Deadline for Fact Discovery Requests | April 1, 2026 | September 28, 2026 |
| Close of Fact Discovery | June 1, 2026 | November 30, 2026 |
| Plaintiffs Motion for Class Certification | August 3, 2026 | February 1, 2026 |
| Plaintiffs Rule 26(b)(2) Expert Disclosures | August 3, 2026 | February 1, 2026 |
| Defendants Opposition to Motion for Class Certification | October 5, 2026 | April 5, 2027 |
| Defendants Rule 26(b)(2) Expert Disclosure | October 5, 2026 | April 5, 2027 |
| Plaintiffs Reply ISO Motion for Class Certification | November 16, 2026 | May 17, 2027 |
| Plaintiffs Expert Rebuttal | November 16, 2026 | May 17, 2027 |
| Dispositive Motion Deadline | Within 60 days after order on class certification | Within 60 days after order on class certification |

*Andrea Tolev*

U.S.D.J.

The court does not anticipate granting further extensions of the fact discovery deadlines. AT